UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JOSEPH RULEY, Executor of the Estate of
Doris Ruley,                                                                                                  Plaintiff,

v.                                                                      Civil Action No. 3:15-cv-738-DJH-CHL

BARDSTOWN MEDICAL INVESTORS,
LTD. (L.P.) and KENTUCKY MEDICAL
INVESTORS, LLC (GA),                                                                                Defendants.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 16) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

July 7, 2016

**David J. Hale, Judge**
**United States District Court**